AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| Rockefeller Photos, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:25-CV-05315-CH |
| Weaver Markets, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Weaver Markets, Inc. and Engle Printing & Publishing Co., Inc.   .

Date:     11/04/2025

/s/ Thomas Gulick, Esquire
*Attorney's signature*

Thomas Gulick, Esquire, PA I.D. No. 330053
*Printed name and bar number*
McNees Wallace & Nurick LLC
100 Pine Street, P.O. Box 116
Harrisburg, PA 17108-1166

*Address*

tgulick@mcneeslaw.com
*E-mail address*

(717) 237-5281
*Telephone number*

(717) 237-5300
*FAX number*